APRIL 15, 1964

No. 68467.—Auburn Importing Corp. *v.* United States, protests 63/15380, etc.;
Aragon Woven Label Co., Inc. *v.* United States, protests 63/14951, etc.;
and Curtis Coleman Co. *v.* United States, protests 63/14864, etc.  Protests
dismissed March 4, 1964.  (Not published.)  Plaintiffs' application for
rehearing granted.

BEFORE THE FIRST DIVISION, APRIL 20, 1964

No. 68468.—Impecco, Ltd. *v.* United States, protests 63/389 and 60/12638 (New
York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the
merchandise consists of fishing reels with two spools similar in all material re-
spects to those the subject of *United States* v. *Charles Garcia & Co., Inc.* (48
CCPA 140, C.A.D. 780), the claim of the plaintiff was sustained.

No. 68469.—Max Eckardt & Sons, Div. of Phillips-Eckardt Electronic Corp. *v.*
United States, protest 63/9375 (Portland, Oreg.).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the
merchandise consists of plastic paperweights similar in all material respects to
those the subject of Abstract 67488, the claim of the plaintiff was sustained.